JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANIEL LEE WATERMAN, | Case No. EDCV 17-01803-PA (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: June 28, 2018

_____
PERCY ANDERSON
United States District Judge